IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION DIVISION

| | | |
|---|---|---|
| IN RE: DEMETRIA LAURNA FRANKLIN | § § § § § | CASE NO: 04-45660-H1-4 |
| DEBTOR(S) | | CHAPTER 13 |

**ENTERED**
**08/11/2008**

## ORDER

**CAME ON FOR CONSIDERATION,** the Trustee's Motion to Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

**ORDERED** that David G. Peake, the Chapter 13 Standing Trustee is authorized to deposit all unclaimed funds, now held by him, in this case in the amount **$2,800.00** owed to into the **DEMETRIA LAURNA FRANKLIN** Registry of the Court pursuant to 11 U.S.C. § 347 (a).

SIGNED this the __11th__ day of __August__, 2008.

_____
DEPUTY CLERK

95

## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE: DEMETRIA LAURNA FRANKLIN | § § § § | CASE NO: 04-45660-H1-4 |
| DEBTOR(S) | § § | CHAPTER 13 |

### UNCLAIMED FUNDS

| NAME & ADDRESS: | AMOUNT |
|---|---|
| DEMETRIA LAURNA FRANKLIN<br>6710 LITTLE HAVEN<br>RICHMOND, TX 77469 | $2,800.00 |
| **TOTAL FOR UNCLAIMED FUNDS** | $2,800.00 |