IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **DEMETRIA LAURNA FRANKLIN** | § | CASE NO. 04-45660-H1-13 |
| DEBTOR | § | (Chapter 13) |
| | § | |
| | § | JUDGE MARVIN ISGUR |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

1. I am making application to receive $5,600.00, which was deposited as unclaimed funds on behalf of **DEMETRIA LAURNA FRANKLIN, Debtor** from the above-styled and numbered bankruptcy case.

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the fact that the Applicant is the attorney in fact for the Debtor named in paragraph 1, with full authority to receive such funds on behalf of the debtor.

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

                             Respectfully submitted,

                             **L. MICKELE' DANIELS & ASSOCIATES, PLLC**

                             By: __/s/ L. Mickele' Daniels_____
                                   L. Mickele' Daniels
                                   TBA No. 05374900; FBN 12303
                                   One Arena Place, Suite 580
                                   7322 Southwest Freeway
                                   Houston, Texas 77074
                                   Telephone: (713) 005-4681
                                   Facsimile:  (713) 995-4685
                                   **ATTORNEY FOR DEBTOR**
                                   **DEMETRIA L. FRANKLIN**

**SUBSCRIBED** and sworn before me this  _10TH_ day of  _September, 2009__.

      _/s/ Rosalinda Chapa_____
Notary Public in and for the
State of Texas
My commission expires:  _May 5, 2013__

### Certificate of Service

      I certify that on September 10, 2009, a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

      _/s/ L. Mickele' Daniels_____
**L. Mickele' Daniels**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **DEMETRIA LAURNA FRANKLIN** | § | CASE NO. 04-45660-H1-13 |
| **DEBTOR** | § | (Chapter 13) |
| | § | |
| | § | JUDGE MARVIN ISGUR |

### Order for Payment of Unclaimed Funds

Upon the application of L. Mickele' Daniels, seeking payment of $5,600.00 representing funds previously unclaimed by a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that **DEMETRIA LAURNA FRANKLIN, Debtor** is entitled to the unclaimed funds, it is Ordered that the Clerk pay $5,600.00 to:

> L. Mickele' Daniels
> TBA No. 05374900; FBN 12303
> One Arena Place, Suite 580
> 7322 Southwest Freeway
> Houston, Texas 77074

Signed this ___day of_____, 2009.

_____
United States Bankruptcy Judge