

ENTERED
10/21/2009

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DEMETRIA LAURNA FRANKLIN | § § | CASE NO. 04-45660-H1-13 |
| DEBTOR | § § | (Chapter 13) |
| | § | JUDGE MARVIN ISGUR |

#101

### Order for Payment of Unclaimed Funds

Upon the application of L. Mickele' Daniels, seeking payment of $5,600.00 representing funds previously unclaimed by a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that **DEMETRIA LAURNA FRANKLIN, Debtor** is entitled to the unclaimed funds, it is Ordered that the Clerk pay $5,600.00 to:

L. Mickele' Daniels
TBA No. 05374900; FBN 12303
One Arena Place, Suite 580
7322 Southwest Freeway
Houston, Texas 77074

Signed this ___day of_____, 2009.

_____
United States Bankruptcy Judge

*Denied. Only Ms. Franklin may apply for the funds.*

10-16-09

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE